IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| YUNSONG ZHAO    Plaintiff | )<br>)<br>) Civil No. 7:19-cv-538<br>) |
| v. | )<br>) |
| JAMES C. MCCLAIN, et al.,    Defendants. | )<br>)<br>) By:  Michael F. Urbanski<br>) Chief United States District Judge |

## ORDER

This matter is before the court on defendant James C. McClain's and defendant Brian Wilsons' motions for summary judgment, ECF Nos. 41 and 46, and motion to exclude plaintiff's expert Roy Bedard, Ph.D., ECF No. 44. The issues have been fully briefed, the court heard argument on December 3, 2020, and the matters are ripe for resolution.

For the reasons stated in the accompanying Memorandum Opinion, the court **GRANTS** the defendants' motions for summary judgment, finding Zhao has not introduced sufficient admissible evidence to create a genuine dispute of material fact. Accordingly, the court **DENIES as moot** defendants' motion to exclude the testimony of Bedard.

As all matters in dispute in this case have been adjudicated, the Clerk is **DIRECTED** to dismiss this case from the active docket of the court.

It is so **ORDERED**.

Entered:  December 28, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.12.28 15:06:42 -05'00'

Michael F. Urbanski
Chief United States District Judge